**No. P69/141.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protests 63/6947–13540, etc. (Chicago).

RE, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiff was sustained.

**No. P69/142.**—A & P Import Co. *v.* United States, protests 66/9336, etc. (New York).

RE, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997) or louvered folding doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiff was sustained.